```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CSC HOLDINGS, INC.,

            Plaintiff,

    -against-                            ORDER
                                         05-CV-1130(JS)(WDW)
TAYLOR JONES,

            Defendant.
----------------------------------X
Appearances:
For Plaintiff:     Shaun K. Hogan, Esq.
                   Melinda M. Dus, Esq.
                   Lefkowitz, Louis, Sullivan & Hogan LLP
                   350 Jericho Turnpike
                   Jericho, New York 11753

For Defendant:     No Appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge William D. Wall, dated October 5, 2005, to which no party has objected,[1] the Court hereby ADOPTS the Report and Recommendation in its entirety.

CSC Holdings, Inc. ("Plaintiff") commenced this action on February 28, 2005, against Defendant, Taylor Jones ("Defendant"), claiming that Defendant violated 47 U.S.C. §§ 553(a)(1) and 605(a) by engaging in the unauthorized reception and interception of Plaintiff's cable television programming services. After Plaintiff served the summons and complaint upon Defendant to which Defendant did not reply, the Clerk of the Court certified Defendant's default

---

[1] As no party has filed objections to the Report and Recommendation, all objections are hereby deemed to have been waived. See 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72; Beverly v. Walker, 118 F.3d 900, 902 (2d Cir. 1997); Savoie v. Merchants Bank, 84 F.3d 52, 60 (2d Cir. 1996).

on May 25, 2005.  Plaintiff then moved for a default judgment, and this Court referred the motion for a default judgment to Magistrate Judge William D. Wall ("Magistrate").  The Magistrate reports and recommends to this Court that a default judgment be entered in favor of the Plaintiff, and that judgment be awarded in the amount of $1,500 in statutory damages, and $1,686.50 in attorneys' fees and costs for a total award of $3,186.50.  After carefully reviewing the Plaintiff's unopposed submissions and evidence, the Magistrate's findings, and applying the appropriate legal standards, this Court concludes that the Magistrate properly recommended that a default judgment be entered and that the Magistrate properly calculated the damages award.

Accordingly, the Court hereby adopts the Report and Recommendation in its entirety and GRANTS Plaintiff's motion for a default judgment.  The Clerk of the Court is hereby ordered to enter a default judgment in favor of the Plaintiff for a total amount of $3,186.50 –- $1,500 in statutory damages and $1,686.50 in attorneys' fees and costs.

        SO ORDERED

        <u>/s/ JOANNA SEYBERT</u>
        Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         November 30, 2005